UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AZU AJUDUA,<br><br>                Defendant. | **NOLLE PROSEQUI**<br><br>21 Cr. 776 (LGS) |

1.  The filing of this *nolle prosequi* will dispose of the charges filed against defendant AZU AJUDUA ("AJUDUA").

2.  On or about December 21, 2021, AJUDUA was charged in a two-count Information 21 Cr. 776 (the "Information"), with conspiring to commit healthcare fraud, in violation of 18 U.S.C. § 1349, and making false statements in connection with healthcare matters, in violation of 18 U.S.C. § 1035.

3.  On or about October 9, 2025, while the above-captioned case was pending, AJUDUA died. Attached hereto as Exhibit A is a true and correct copy of AJUDUA's death certificate.

4.  Because AJUDUA died while this case was pending, and therefore before a final judgment was issued, the Information must be dismissed under the rule of abatement. *See United States v. Wright*, 160 F.3d 905, 908 (2d Cir. 1998).

5.  In light of the foregoing, I recommend that an order of *nolle prosequi* be filed as to defendant AZU AJUDUA.

6.  I further request that the docket in this case be unsealed.

Dated: New York, New York
       December 29, 2025

                                      ___/s/_____
                                      Ryan W. Allison
                                      Assistant United States Attorney
                                      (212) 637-2474

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant AZU AJUDUA with respect to Information 21 Cr. 776.

_____
JAY CLAYTON
United States Attorney
Southern District of New York

Dated: New York, New York
       December 29, 2025

SO ORDERED:

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 29, 2025

# EXHIBIT A

DOH-1961 (8/2011)

**NEW YORK STATE
DEPARTMENT OF HEALTH
CERTIFICATE OF DEATH**

RECORDED DISTRICT: 2951
REGISTER NUMBER: 1496
STATE FILE NUMBER: 131-2025-00081093

**DECEDENT**

1. NAME: FIRST / MIDDLE / LAST: Azu A. Ajudua
2. SEX: Male
3A. DATE OF DEATH: MONTH 10 DAY 09 YEAR 2025
3B. HOUR: 07:05 AM
4A. PLACE OF DEATH: [X] HOSPITAL INPATIENT
4B. IF FACILITY, DATE ADMITTED: MONTH 09 DAY 04 YEAR 2025
4C. NAME OF FACILITY: North Shore University Hospital
4D. LOCALITY: North Hempstead Town
4E. COUNTY OF DEATH: Nassau
4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION?: [X] NO
5. DATE OF BIRTH: MONTH 08 DAY 10 YEAR 1944
6A. AGE IN YEARS: 81
7A. CITY AND STATE OF BIRTH: Lagos, Nigeria
8. SERVED IN U.S. ARMED FORCES: [X] NO
9. DECEDENT OF HISPANIC ORIGIN?: [X] A. No, not Spanish/Hispanic/Latino
10. DECEDENT'S RACE: [X] B. Black or African American
11. DECEDENT'S EDUCATION: [X] 8. Doctorate/Professional degree
13. MARITAL STATUS: [X] MARRIED
14. SURVIVING SPOUSE: Stephanie Hladkyj
15A. USUAL OCCUPATION: Physician
15B. KIND OF BUSINESS OR INDUSTRY: Medicine
16A. RESIDENCE: NY
16B. County: Nassau
17. BIRTH NAME OF FATHER/PARENT: John Ajudua
18. BIRTH NAME OF MOTHER/PARENT: Elizabeth Unknown
19A. NAME OF INFORMANT: Stephanie Ajudua

**DISPOSITION**

20A. [X] 2. CREMATION — MONTH 10 DAY 17 YEAR 2025
20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION: LI Cremation Co., Inc.
20C. LOCATION: West Babylon Hamlet, New York
21A. NAME AND ADDRESS OF FUNERAL HOME: Oyster Bay Funeral Home, 261 South Street, Oyster Bay Town, NY 11771
21B. REGISTRATION NUMBER: 01307
22A. NAME OF FUNERAL DIRECTOR: Melissa Jo Schmidt
22B. SIGNATURE OF FUNERAL DIRECTOR: ▶ Melissa Jo Schmidt Electronically Signed
22C. REGISTRATION NUMBER: 14333
23A. SIGNATURE OF REGISTRAR: ▶ Ragini Srivastava Electronically Signed
23B. DATE FILED: MONTH 10 DAY 16 YEAR 2025
24A. BURIAL OR REMOVAL PERMIT ISSUED BY: Donna Curci
24B. DATE ISSUED: MONTH 10 DAY 16 YEAR 2025

ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN -- OR -- CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER

**CERTIFIER**

25A. CERTIFICATION: To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.
Certifier's Name: Alex Williamson, MD
License No.: 256682
Signature: ▶ Alex Williamson, MD Electronically Signed
Month 10 Day 12 Year 2025
Certifier's Title: [X] 2. Medical Examiner / Deputy Medical Examiner
Address: 2251 Hempstead Turnpike, East Meadow Hamlet, NY 11554

26C. Pronounced Dead ON: Month 10 Day 09 Year 2025 AT 07:05 AM
27. MANNER OF DEATH: [X] 6. PENDING INVESTIGATION
28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER?: [X] YES
29A. AUTOPSY?: [X] REFUSED
29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH?: (blank)

**CAUSE OF DEATH**

CONFIDENTIAL — SEE INSTRUCTION SHEET FOR COMPLETING CAUSE OF DEATH — CONFIDENTIAL

30. DEATH WAS CAUSED BY:
PART I. IMMEDIATE CAUSE:
(A) Pending further study
DUE TO OR AS A CONSEQUENCE OF:
(B) <<<>>>
DUE TO OR AS A CONSEQUENCE OF:
(C) <<<>>>
APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: <<<>>>

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A): <<<>>>

DID TOBACCO USE CONTRIBUTE TO DEATH?: [X] 3. UNKNOWN

32. WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS?: [X] NO

No. 236 81- 2025

DISTRICT
2951

This is to certify that this is a true and correct copy of the original Certificate of Death on file in the Office of the Registrar, Town of North Hempstead, County of Nassau, State of New York.



Signature: *Ragini Srivastava*    Date: OCT 2 1 2025

Ragini Srivastava., Registrar of Vital Statistics

**N.B. Do not accept this copy unless the raised seal of the Town of North Hempstead is thereon affixed.**

VS Form TNH DEATH RECORD
7/2009 LCG tc/rvs