UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
            - v. -                :        **SEALED ORDER**
                                  :
AZU AJUDUA,                       :        21 Cr.
                                  :
              Defendant.          :
                                  :        21 CRIM 776
- - - - - - - - - - - - - - - - - x

WHEREAS, an application has been made by the Government requesting that (1) the charging documents in the above-referenced case pertaining to defendant AZU AJUDUA, including the criminal information and related charging paperwork (collectively, the "AJUDUA Charging Documents"), remain under seal until further order of the Court; (2) the transcripts of AJUDUA's arraignment, guilty plea, and further proceedings in this matter be sealed until further order of the Court; and (3) docketing of the AJUDUA Charging Documents, AJUDUA's arraignment, guilty plea, and further proceedings in this matter be delayed until further order of the Court;

WHEREAS, the Court finds that active law enforcement investigations may be compromised if the Government's application is not granted;

IT IS HEREBY ORDERED that (1) the AJUDUA Charging Documents shall be sealed until further order of the Court; (2)

the transcripts of AJUDUA's arraignment, guilty plea, and further proceedings in this matter shall be sealed until further order of the Court; and (3) the docketing of the AJUDUA Charging Documents, AJUDUA's arraignment, guilty plea, and further proceedings in this matter be delayed until further order of the Court; and

IT IS FURTHER ORDERED that this Order and the related Application be sealed and their docketing delayed until further order of the Court.

SO ORDERED:

Dated: New York, New York
       December 21, 2021

United States Magistrate Judge
Southern District of New York

2